IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD ENCINIAS,

    Plaintiff,

v.                                                Civ. No. 10-541 BB/WDS

OFFICER MARTIN SALAZAR, an
Officer of the Las Vegas, New Mexico
Police Department, Individually and in
his official capacity; and BENJAMIN
BENCOMO, a private individual,

    Defendants.

BENJAMIN BENCOMO,

    Counterclaim-Plaintiff,

v.

RICHARD ENCINIAS,

    Counterclaim-Defendant.

## ORDER DENYING MOTION

For the Reasons stated in the Memorandum Opinion filed herewith, the Encinias Motion to Dismiss the Bencomo counterclaim is DENIED.

    IT IS SO ORDERED.

                                                                    Bruce D. Black
                                                                    Chief United States District Judge